IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DONALD JEREMY TAUL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 5:12-CV-332 (MTT) |
| | ) |
| ANNIE FAIR, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 33). The Magistrate Judge recommends dismissing the Plaintiff's case because the Plaintiff has failed to diligently prosecute his case by failing to keep the Clerk of Court and all opposing parties advised of his current mailing address. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Plaintiff's case is **DISMISSED without prejudice**. Further, the Defendants' motion to dismiss (Doc. 27) is **DENIED as moot**.

**SO ORDERED**, this the 19th day of August, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT